# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | MJ 20-04-M-KLD |
| Plaintiff, | |
| vs. | ORDER |
| FRED LEWIS CUTSINGER, | |
| Defendant. | |

Defendant has filed an Unopposed Motion to Vacate Detention Hearing. (Doc. 5). Good cause appearing,

Defendant's motion is GRANTED. The detention hearing scheduled for February 4, 2020, at 1:30 p.m. is hereby VACATED.

DATED this 4th day of February, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1